UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

Domingo Vasquez,

                      Defendant.
-------------------------------------------------------x

**ORDER**

13 Cr. 58(AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defendant Domingo Velasquez, having been sentenced to time served, on indictment 13 Cr.58, shall be released from the custody of the United States Marshals.

    SO ORDERED.

Dated:    January 24, 2020
            New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-24-2020